1  Jonathan R. Donnellan (*Pro Hac Vice*)
   Kristina E. Findikyan (*Pro Hac Vice*)
2  Eve B. Burton (*Pro Hac Vice*)
   THE HEARST CORPORATION
3  1345 Avenue of the Americas, 10th Floor
   New York, NY 10105
4  Telephone: (212) 649-2000
   Facsimile:  (212) 649-2035
5  Email:      Jdonnellan@hearst.com

6  Floyd Abrams (*Pro Hac Vice*)
   Susan Buckley (*Pro Hac Vice*)
7  CAHILL GORDON & REINDEL LLP
   80 Pine Street
8  New York, NY 10005-1702
   Telephone: (212) 701-3000
9  Facsimile:  (212) 269-5420
   Email:      Sbuckley@cahill.com
10
   Gregory P. Lindstrom (Bar No. 082334)
11 Steven M. Bauer (Bar No. 135067)
   Sadik H. Huseny (Bar No. 224659)
12 LATHAM & WATKINS LLP
   505 Montgomery Street, Suite 2000
13 San Francisco, California 94111-2562
   Telephone: (415) 391-0600
14 Facsimile:  (415) 395-8095
   Email:      Gregory.Lindstrom@lw.com
15
   Attorneys for the *San Francisco Chronicle*
16
   [Additional counsel listed on following page]
17

18                        UNITED STATES DISTRICT COURT

19                      NORTHERN DISTRICT OF CALIFORNIA

20                              SAN FRANCISCO DIVISION

21                                        CR 06 90355 MISC

22   In re:                               CASE NO.

23   GRAND JURY SUBPOENA TO               [PROPOSED] ORDER GRANTING
     THE SAN FRANCISCO                    APPLICATION FOR ADMISSION OF
24   CHRONICLE                            ATTORNEY *PRO HAC VICE*
                                          (FLOYD ABRAMS)
25

26

27

28

SF\577632.1

1  Christopher J. Morvillo (*Pro Hac Vice*)
   MORVILLO, ABRAMOWITZ, GRAND,
2  IASON, ANELLO & BOHRER, P.C.
   565 Fifth Avenue
3  New York, NY  10017
   Telephone:  (212) 856-9600
4  Facsimile:   (212) 856-9494
   Email:        Cmorvillo@magislaw.com
5
   Attorneys for the *San Francisco Chronicle*
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SF\577632.1

1 | Floyd Abrams, an active member in good standing of the bars of the state of New
2 | York and the United States Supreme Court, the United States Courts of Appeals for the First,
3 | Second, Third, Fourth, Fifth, Sixth, Eighth, Ninth, Tenth, Eleventh and District of Columbia
4 | Circuits and the United States District Courts for the Southern District of New York and the
5 | Eastern District of New York, whose business address and telephone number is Cahill, Gordon
6 | & Reindel LLP, 80 Pine Street, New York, NY 10005-1702, (212) 701-3000, having applied in
7 | the above-entitled action for admission to practice in the Northern District of California on a *pro*
8 | *hac vice* basis, representing the *San Francisco Chronicle*:

9 | IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
10 | and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
11 | *hac vice*. Service of papers upon and communication with co-counsel designated in the
12 | application will constitute notice to the party. All future filings in this action are subject to the
13 | requirements contained in General Order No. 45, *Electronic Case Filing*.

14 |
15 | Dated: 9-11-06
16 |
   | _____
   | United States District Court Judge

SF\577632.1

1   [PROPOSED] ORDER GRANTING APPLICATION FOR
    ADMISSION OF ATTORNEY *PRO HAC VICE*