1  Jonathan R. Donnellan (*Pro Hac Vice*)
   Kristina E. Findikyan (*Pro Hac Vice*)
2  Eve B. Burton (*Pro Hac Vice*)
   THE HEARST CORPORATION
3  1345 Avenue of the Americas, 10th Floor
   New York, NY 10105
4  Telephone: (212) 649-2000
   Facsimile:  (212) 649-2035
5  Email:      Jdonnellan@hearst.com

6  Floyd Abrams (*Pro Hac Vice*)
   Susan Buckley (*Pro Hac Vice*)
7  CAHILL GORDON & REINDEL LLP
   80 Pine Street
8  New York, NY 10005-1702
   Telephone: (212) 701-3000
9  Facsimile:  (212) 269-5420
   Email:      Sbuckley@cahill.com
10
   Gregory P. Lindstrom (Bar No. 082334)
11 Steven M. Bauer (Bar No. 135067)
   Sadik H. Huseny (Bar No. 224659)
12 LATHAM & WATKINS LLP
   505 Montgomery Street, Suite 2000
13 San Francisco, California 94111-2562
   Telephone: (415) 391-0600
14 Facsimile:  (415) 395-8095
   Email:      Gregory.Lindstrom@lw.com
15
   Attorneys for the *San Francisco Chronicle*
16
   [Additional counsel listed on following page]
17

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20                        SAN FRANCISCO DIVISION

21

22 In re:                              CASE NO.

23 GRAND JURY SUBPOENA TO              [PROPOSED] ORDER GRANTING
   THE SAN FRANCISCO                   APPLICATION FOR ADMISSION OF
24 CHRONICLE                           ATTORNEY *PRO HAC VICE*
                                       (SUSAN BUCKLEY)
25

26

27

28

SF\577630.1

1  Christopher J. Morvillo (*Pro Hac Vice*)
   MORVILLO, ABRAMOWITZ, GRAND,
2  IASON, ANELLO & BOHRER, P.C.
   565 Fifth Avenue
3  New York, NY 10017
   Telephone: (212) 856-9600
4  Facsimile:  (212) 856-9494
   Email:      Cmorvillo@magislaw.com
5
   Attorneys for the *San Francisco Chronicle*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SF\577630.1

1  Susan Buckley, an active member in good standing of the bars of the state of New
2  York and the United States Supreme Court, the United States Courts of Appeals for the Second,
3  Third, Fifth, Tenth and Eleventh Circuits and the United States District Courts for the Southern
4  District of New York and the Eastern District of New York, whose business address and
5  telephone number is Cahill, Gordon & Reindel LLP, 80 Pine Street. New York, NY 10005-
6  1702, (212) 701-3000, having applied in the above-entitled action for admission to practice in the
7  Northern District of California on a *pro hac vice* basis, representing the *San Francisco*
8  *Chronicle*:
9  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
10 and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
11 *hac vice*. Service of papers upon and communication with co-counsel designated in the
12 application will constitute notice to the party. All future filings in this action are subject to the
13 requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 9-11-06

_____
United States District Court Judge

SF\577630.1

1   [PROPOSED] ORDER GRANTING APPLICATION FOR
    ADMISSION OF ATTORNEY *PRO HAC VICE*