1  Jonathan R. Donnellan (*Pro Hac Vice*)
   Kristina E. Findikyan (*Pro Hac Vice*)
2  Eve B. Burton (*Pro Hac Vice*)
   THE HEARST CORPORATION
3  1345 Avenue of the Americas, 10th Floor
   New York, NY 10105
4  Telephone:  (212) 649-2000
   Facsimile:  (212) 649-2035
5  Email:      Jdonnellan@hearst.com

6  Floyd Abrams (*Pro Hac Vice*)
   Susan Buckley (*Pro Hac Vice*)
7  CAHILL GORDON & REINDEL LLP
   80 Pine Street
8  New York, NY 10005-1702
   Telephone:  (212) 701-3000
9  Facsimile:  (212) 269-5420
   Email:      Sbuckley@cahill.com
10

   Gregory P. Lindstrom (Bar No. 082334)
11 Steven M. Bauer (Bar No. 135067)
   Sadik H. Huseny (Bar No. 224659)
12 LATHAM & WATKINS LLP
   505 Montgomery Street, Suite 2000
13 San Francisco, California 94111-2562
   Telephone:  (415) 391-0600
14 Facsimile:  (415) 395-8095
   Email:      Gregory.Lindstrom@lw.com
15

16 Attorneys for the *San Francisco Chronicle*

17 [Additional counsel listed on following page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

GRAND JURY SUBPOENA TO
THE SAN FRANCISCO
CHRONICLE

CASE NO. CR 06-90355 MISC VRW

[PROPOSED] ORDER GRANTING
APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*
(EVE B. BURTON)

| | |
|---|---|
| 1 | Christopher J. Morvillo (*Pro Hac Vice*) |
|   | MORVILLO, ABRAMOWITZ, GRAND, |
| 2 | IASON, ANELLO & BOHRER, P.C. |
|   | 565 Fifth Avenue |
| 3 | New York, NY  10017 |
|   | Telephone:  (212) 856-9600 |
| 4 | Facsimile:  (212) 856-9494 |
|   | Email:     Cmorvillo@magislaw.com |
| 5 | |
|   | Attorneys for the *San Francisco Chronicle* |

SF\577629.1

[PROPOSED] ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY *PRO HAC VICE*

1  Eve B. Burton, an active member in good standing of the bars of the state of New
2  York and the United States Supreme Court, the United States Court of Appeals for the Second
3  Circuit and the United States District Courts for the Southern District of New York and the
4  Eastern District of New York, whose business address and telephone number is The Hearst
5  Corporation, 1345 Avenue of the Americas, New York, NY, (212) 649-2000, having applied in
6  the above-entitled action for admission to practice in the Northern District of California on a *pro*
7  *hac vice* basis, representing the *San Francisco Chronicle*:

8  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
9  and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
10 *hac vice*. Service of papers upon and communication with co-counsel designated in the
11 application will constitute notice to the party. All future filings in this action are subject to the
12 requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: **9-11-06**

_____
United States District Court Judge

SF\577629.1

1    [PROPOSED] ORDER GRANTING APPLICATION FOR
     ADMISSION OF ATTORNEY *PRO HAC VICE*