1  Jonathan R. Donnellan (*Pro Hac Vice*)
   Kristina E. Findikyan (*Pro Hac Vice*)
2  Eve B. Burton (*Pro Hac Vice*)
   THE HEARST CORPORATION
3  1345 Avenue of the Americas, 10th Floor
   New York, NY 10105
4  Telephone:  (212) 649-2000
   Facsimile:   (212) 649-2035
5  Email:       Jdonnellan@hearst.com

6  Floyd Abrams (*Pro Hac Vice*)
   Susan Buckley (*Pro Hac Vice*)
7  CAHILL GORDON & REINDEL LLP
   80 Pine Street
8  New York, NY 10005-1702
   Telephone:  (212) 701-3000
9  Facsimile:   (212) 269-5420
   Email:       Sbuckley@cahill.com

10

11 Gregory P. Lindstrom (Bar No. 082334)
   Steven M. Bauer (Bar No. 135067)
   Sadik H. Huseny (Bar No. 224659)
12 LATHAM & WATKINS LLP
   505 Montgomery Street, Suite 2000
13 San Francisco, California 94111-2562
   Telephone:  (415) 391-0600
14 Facsimile:   (415) 395-8095
   Email:       Gregory.Lindstrom@lw.com

15

16 Attorneys for the *San Francisco Chronicle*

17 [Additional counsel listed on following page]

18                    UNITED STATES DISTRICT COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

20                         SAN FRANCISCO DIVISION

21

22 In re:                                CASE NO.

23 GRAND JURY SUBPOENA TO                [PROPOSED] ORDER GRANTING
   THE SAN FRANCISCO                     APPLICATION FOR ADMISSION OF
24 CHRONICLE                             ATTORNEY *PRO HAC VICE*
                                         (JONATHAN R. DONNELLAN)

25

26

27

28

SF\577628.1

1  Christopher J. Morvillo (*Pro Hac Vice*)
   MORVILLO, ABRAMOWITZ, GRAND,
2  IASON, ANELLO & BOHRER, P.C.
   565 Fifth Avenue
3  New York, NY 10017
   Telephone: (212) 856-9600
4  Facsimile: (212) 856-9494
   Email:      Cmorvillo@magislaw.com
5
   Attorneys for the *San Francisco Chronicle*
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SF\577628.1

[PROPOSED] ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY *PRO HAC VICE*

1  Jonathan R. Donnellan, an active member in good standing of the bars of the state
2  of New York and the United States Supreme Court, the United States Courts of Appeals for the
3  Second and Fifth Circuits and the United States District Courts for the Southern District of New
4  York and the Eastern District of New York, whose business address and telephone number is
5  The Hearst Corporation, 1345 Avenue of the Americas, 10th Floor, New York, NY 10105, (212)
6  649-2000, having applied in the above-entitled action for admission to practice in the Northern
7  District of California on a *pro hac vice* basis, representing the *San Francisco Chronicle*:

8  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
9  and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
10 *hac vice*. Service of papers upon and communication with co-counsel designated in the
11 application will constitute notice to the party. All future filings in this action are subject to the
12 requirements contained in General Order No. 45, *Electronic Case Filing*.

13
14 Dated: __9-11-06__

15 _____
   United States District Court Judge

SF\577628.1

1   ~~[PROPOSED]~~ ORDER GRANTING APPLICATION FOR
    ADMISSION OF ATTORNEY *PRO HAC VICE*