```
 1  Jonathan R. Donnellan (Pro Hac Vice)
    Kristina E. Findikyan (Pro Hac Vice)
 2  Eve B. Burton (Pro Hac Vice)
    THE HEARST CORPORATION
 3  1345 Avenue of the Americas, 10th Floor
    New York, NY 10105
 4  Telephone: (212) 649-2000
    Facsimile:  (212) 649-2035
 5  Email:      Jdonnellan@hearst.com

 6  Floyd Abrams (Pro Hac Vice)
    Susan Buckley (Pro Hac Vice)
 7  CAHILL GORDON & REINDEL LLP
    80 Pine Street
 8  New York, NY 10005-1702
    Telephone: (212) 701-3000
 9  Facsimile:  (212) 269-5420
    Email:      Sbuckley@cahill.com
10
    Gregory P. Lindstrom (Bar No. 082334)
11  Steven M. Bauer (Bar No. 135067)
    Sadik H. Huseny (Bar No. 224659)
12  LATHAM & WATKINS LLP
    505 Montgomery Street, Suite 2000
13  San Francisco, California 94111-2562
    Telephone: (415) 391-0600
14  Facsimile:  (415) 395-8095
    Email:      Gregory.Lindstrom@lw.com
15
    Attorneys for the San Francisco Chronicle
16
    [Additional counsel listed on following page]
17
```

E-Filing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

CR 06 90355 MISC

In re:

GRAND JURY SUBPOENA TO
THE SAN FRANCISCO
CHRONICLE

CASE NO. ~~C 06 9465~~ VRW

[~~PROPOSED~~] ORDER GRANTING
APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*
(CHRISTOPHER J. MORVILLO)

SF\577626.1

1  Christopher J. Morvillo (*Pro Hac Vice*)
   MORVILLO, ABRAMOWITZ, GRAND,
2  IASON, ANELLO & BOHRER, P.C.
   565 Fifth Avenue
3  New York, NY  10017
   Telephone:  (212) 856-9600
4  Facsimile:   (212) 856-9494
   Email:        Cmorvillo@magislaw.com
5
   Attorneys for the *San Francisco Chronicle*
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SF\577626.1

[PROPOSED] ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY *PRO HAC VICE*

1  Christopher J. Morvillo, an active member in good standing of the bars of the
2  states of New York and Connecticut, the United States Court of Appeals for the Second Circuit
3  and the United States District Courts for the Southern District of New York and Eastern District
4  of New York, whose business address and telephone number is Morvillo, Abramowitz, Grand,
5  Iason, Anello & Bohrer, P.C., 565 Fifth Avenue, New York, NY 10017, (212) 856-9600, having
6  applied in the above-entitled action for admission to practice in the Northern District of
7  California on a *pro hac vice* basis, representing the *San Francisco Chronicle*:
8  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
9  and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
10 *hac vice*. Service of papers upon and communication with co-counsel designated in the
11 application will constitute notice to the party. All future filings in this action are subject to the
12 requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 9-11-06

_____
United States District Court Judge

SF\577626.1

1   [PROPOSED] ORDER GRANTING APPLICATION FOR
    ADMISSION OF ATTORNEY *PRO HAC VICE*