1  Jonathan R. Donnellan (*Pro Hac Vice*)
   Kristina E. Findikyan (*Pro Hac Vice*)
2  Eve B. Burton (*Pro Hac Vice*)
   THE HEARST CORPORATION
3  1345 Avenue of the Americas, 10th Floor
   New York, New York 10105
4  Telephone: (212) 649-2000
   Facsimile: (212) 649-2035
5  Email:     Jdonnellan@hearst.com

6  Floyd Abrams (*Pro Hac Vice*)
   Susan Buckley (*Pro Hac Vice*)
7  CAHILL GORDON & REINDEL LLP
   80 Pine Street
8  New York, NY 10005-1702
   Telephone: (212) 701-3000
9  Facsimile: (212) 269-5420
   Email:     Sbuckley@cahill.com
10
   Gregory P. Lindstrom (Bar No. 082334)
11 Steven M. Bauer (Bar No. 135067)
   Sadik Huseny (Bar No. 224659)
12 LATHAM & WATKINS LLP
   505 Montgomery Street, Suite 2000
13 San Francisco, California 94111-2562
   Telephone: (415) 391-0600
14 Facsimile: (415) 395-8095
   Email:     Gregory.Lindstrom@lw.com
15
   Attorneys for the *San Francisco Chronicle*
16
   [Additional counsel listed on following page]
17

18                  UNITED STATES DISTRICT COURT

19                 NORTHERN DISTRICT OF CALIFORNIA

20                       SAN FRANCISCO DIVISION

21

22 | In re:                              | CASE NO. CR 06-90355-MISC JSW
23 | GRAND JURY SUBPOENA TO              | **ADMINISTRATIVE MOTION FOR**
   | THE SAN FRANCISCO CHRONICLE         | **CLARIFICATION OF BRIEFING**
24 |                                     | **SCHEDULE; [PROPOSED] ORDER**

25

26

27

28

1 | Christopher J. Morvillo (*Pro Hac Vice*)
2 | MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.
3 | 565 Fifth Avenue
    New York, NY 10017
4 | Telephone: (212) 856-9600
    Facsimile: (212) 856-9494
5 | Email: Cmorvillo@magislaw.com

Attorneys for the *San Francisco Chronicle*

1     Pursuant to Criminal Local Rule 2-1 and Civil Local Rule 7-11, movant the *San Francisco Chronicle* respectfully files the instant administrative motion to clarify the due date for filing of movant's reply brief in support of it Motion to Quash Subpoena by the San Francisco Chronicle.  This motion is unopposed, as the government has a reply brief due on the same schedule as movant in support of its separate Motion for an Order to Show Cause re: Contempt in the related case *In re Grand Jury Subpoenas to Mark Fainaru-Wada and Lance Williams*, Case No. CR 06-90225-MISC JSW.

At the teleconference held on September 7, 2006, the Court confirmed that the government did not object to the relation of the instant case to *In re Grand Jury Subpoenas to Mark Fainaru-Wada and Lance Williams,* Case No. CR 06-90225-MISC JSW, but otherwise did not alter the hearing date on the Motion to Quash set for September 21, 2006 pursuant to Criminal Local Rule 47-2.

Criminal Local Rule 47-2 requires that opposition papers be filed not less than seven calendar days before the date set for hearing and that reply papers be filed not less than four calendar days before the date set for hearing.  Crim. L. R. 47-2(d).  As the hearing on the Motion to Quash is set for Thursday, September 21, 2006, the reply papers are thereby due on Sunday, September 17, 2006.  Movant interprets Federal Rule of Civil Procedure Rule 6(a)—which operates to exclude Saturdays and  Sundays from time calculations such that "the period runs until the end of the next day which is not one of the aforementioned days"—as making Monday, September 18, 2006 the due date for the reply papers.  Fed. R. Civ. Proc. 6(a).  The government concurs, and similarly interprets Rule 6(a) as providing the government until Monday, September 18 to file reply papers in support of its Motion for an Order to Show Cause re: Contempt in the related case *In re Grand Jury Subpoenas to Mark Fainaru-Wada and Lance Williams*.  Given that there is no known authority on point concretely applying Rule 6(a) in situations where local rules measure deadlines backward from the hearing date (*see* Schwarzer, Tashima & Wagstaffe, CAL. PRAC. GUIDE: FED. CIV. PRO. BEFORE TRIAL (The Rutter Group 2006), 12:102.7), and in an abundance of caution, the *San Francisco Chronicle* respectfully files the instant motion for the Court's clarification and confirmation that the reply

1 | papers are due on Monday, September 18.

2 | Respectfully submitted,

3 | Dated: September 13, 2006        LATHAM & WATKINS LLP
4 | Gregory P. Lindstrom
    Steven M. Bauer
5 | Sadik Huseny

6 |

7 | By _____/S/_____
    Gregory P. Lindstrom

8 | Attorneys for the *San Francisco Chronicle*

# [PROPOSED] ORDER

The Court having considered the Administrative Motion for Clarification of Briefing Schedule and the arguments raised therein, and good cause appearing, IT IS HEREBY CONFIRMED that any reply papers filed by movant the *San Francisco Chronicle* in support of its Motion to Quash are due Monday, September 18, 2006.

DATED: Sept. 13, 2006

_____
The Honorable Jeffrey S. White