DEBRA WONG YANG
United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division
DOUGLAS M. MILLER (CA Bar Number: 240398)
MICHAEL J. RAPHAEL (CA Bar Number: 208232)
Assistant United States Attorneys
Special Attorneys to the United States Attorney General
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2216
    Facsimile: (213) 894-6436
    email: douglas.m.miller@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAND JURY SUBPOENA TO THE SAN FRANCISCO CHRONICLE | CR MISC. No. CR 06-90355-JSW<br><br>[PROPOSED] ORDER OF CONTEMPT, SANCTIONS AND STAY OF SANCTIONS PENDING APPEAL |

    WHEREAS, the San Francisco Chronicle ("Chronicle") having knowingly and voluntarily refused to comply with the Court's September 25, 2006 order to have its Custodian of Records appear before the grand jury and provide certain information called for by the government's subpoena, and the government and the Chronicle having stipulated to an order of contempt and sanctions

    THE COURT FINDS, pursuant to 28 U.S.C. § 1826(a), there is no just cause for the Chronicle's refusal to testify and finds the Chronicle in contempt of the Court's September 25, 2006

order, thus

IT IS HEREBY ORDERED that the Chronicle pay to the Clerk of the Court for the Northern District of California a fine of $1000-per-day until the expiration of the grand jury's term, including extensions, or for a period of 18 months, whichever is shorter, or until such time as the Chronicle has purged itself of contempt through compliance with the Court's September 25, 2006 order, or until further order of this Court or an appellate Court of competent jurisdiction, whichever is sooner,

IT IS FURTHER ORDERED that the above sanction is stayed until a panel of the United States Court of Appeals for the Ninth Circuit has issued an opinion, memorandum, or order resolving the Chronicle's appeal of the Court's September 25, 2006 order denying its motion to quash the grand jury subpoena served on it by the government.

DATED:     This  20   day of  October        , 2006.

_____
HON. JEFFREY S. WHITE
United States District Judge

Presented by:

_____/s/_____
DOUGLAS M. MILLER
Assistant United States Attorney

2